**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-1352**

―――――――――

STATE OF NORTH CAROLINA,

                              Plaintiff - Appellee,

        versus

JILL CHAPPELEAR AINSWORTH,

                              Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CA-98-368-3-V)

―――――――――

Submitted: August 5, 1999          Decided: August 10, 1999

―――――――――

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Jill Chappelear Ainsworth, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jill Chappelear Ainsworth appeals the district court's order denying her petition for removal to federal court. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See North Carolina v. Ainsworth, No. CA-98-368-3-V (W.D.N.C. Jan. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED